# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 21-12244-ELF

JOHN R. HALL, JR.

1726 NORTH UBER STREET

PHILADELPHIA, PA 19121

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    JOHN R. HALL, JR.

    1726 NORTH UBER STREET

    PHILADELPHIA, PA 19121


Counsel for debtor(s), by electronic notice only.

    MICHAEL D. SAYLES ESQ
    427 W. CHELTENHAM AV
    SUITE 2
    ELKINS PARK, PA 19027-3291

Date: 10/12/2021

                              /S/ Kenneth E. West
                              _____
                              Kenneth E. West, Esquire
                              Chapter 13 Standing Trustee