Case 21-12244-elf    Doc 36    Filed 01/24/22    Entered 01/24/22 14:37:38    Desc Main
Document      Page 1 of 1

## NOTICE

The 341meeting will be conducted telephonically, via one of the following conference lines: 877-462-5504, with passcode 4150081; 877-921-7817, with passcode 2431902; 877-513-1615, with passcode 9738268; and 866-820-7072, with passcode 6767567. Not all lines may be used on all days. Specific case information can be found at http://www.ph13trustee.com.