IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| IN RE: JOHN R. HALL, JR.<br>**Debtor(s)** | ) <br> ) CHAPTER 13 <br> ) |
| AMERICREDIT FINANCIAL SERVICES, INC. dba GM FINANCIAL <br> **Moving Party** | ) CASE NO. 21-12244 (ELF) <br> ) <br> ) |
| v. | ) HEARING DATE: **2-1-22 at 9:30 AM** <br> ) |
| JOHN R. HALL, JR.<br>  OLIVIA E. NEAL<br>**Respondent(s)** | ) <br> ) 11 U.S.C. 362 <br> ) <br> ) 11 U.S.C. 1301 |
| KENNETH E. WEST<br>**Trustee** | ) <br> ) <br> ) <br> ) |

**ORDER MODIFYING THE AUTOMATIC STAY AND CO-DEBTOR STAY
AS TO PERSONAL PROPERTY**

Upon the motion of AmeriCredit Financial Services, Inc. dba GM Financial, under Bankruptcy Code sections 362(d) and 1301 for relief from the automatic stay and co-debtor stay as to certain personal property as hereinafter set forth, and for good cause shown;

**ORDERED** that the automatic stay of the Bankruptcy Code section 362(a) and the co-debtor stay of section 1301 are modified pursuant to 11 U.S.C. §362(d) and 11 U.S.C. 1301 for the sole purpose of allowing GM Financial to take any and all steps necessary to be listed as lien holder on the title to one **2014 Chevrolet Impala** bearing vehicle identification number 2G1115SL6E9237877.

IT IS FURTHER **ORDERED** that That the Debtor and Co-Debtor are to take all steps necessary to cooperate with GM Financial to allow GM Financial to be listed as lien holder on the title to the vehicle, including but not limited to signing any documents submitted to the Debtor(s) by GM Financial in furtherance of GM Financial's efforts to be listed as lien holder.  In the event that the Debtor and co-Debtor fail to sign the necessary documents, this Order shall serve as authorization for GM Financial to serve as their attorney-in-fact solely for the purpose of signing documents necessary to list GM Financial as the lien holder on the title to the vehicle.

Dated: 3/15/22

_____
**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**