# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: John R. Hall Jr.<br>                      Debtor(s)<br><br>PENNSYLVANIA HOUSING FINANCE AGENCY<br>                      Movant<br>       vs.<br>John R. Hall Jr.<br>                      Debtor(s)<br><br>Kenneth E. West Esq.<br>                      Trustee | CHAPTER 13<br><br>NO. 21-12244 ELF |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of Pennsylvania Housing Finance Agency, which was filed with the Court on or about **October 5, 2021 (Doc. No. 15)**.

                                            Respectfully submitted,

                                            /s/ Rebecca A. Solarz, Esq.
                                            _____
                                            Rebecca A. Solarz, Esquire
                                            KML Law Group, P.C.
                                            BNY Mellon Independence Center
                                            701 Market Street, Suite 5000
                                            Philadelphia, PA  19106
                                            Phone: (215)-627-1322

Dated: May 31, 2022