IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: JOHN R. HALL, JR. )<br>**Debtor(s)** )<br> ) <br>AMERICREDIT FINANCIAL SERVICES, INC. )<br>dba GM FINANCIAL )<br>**Moving Party** )<br> ) <br>v. )<br> ) <br>JOHN R. HALL, JR. )<br>**Respondent(s)** )<br> ) <br>KENNETH E. WEST )<br>**Trustee** )<br> ) | CHAPTER 13<br><br>Case No.: 21-12244 (ELF) |

### PRAECIPE WITHDRAWING GM FINANCIAL'S OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

**TO THE CLERK OF BANKRUPTCY COURT:**

Kindly withdraw GM Financial's Objection To Confirmation, filed on or about October 14, 2021 in the above-referenced case, number 21 on the docket.

Date: 6/7/22

/s/ William E. Craig
William E. Craig, Esquire
Attorney ID 92329
Morton & Craig LLC
110 Marter Ave.
Suite 301
Moorestown, NJ 08057
Phone (856) 866-0100
Fax (856) 722-1554
Attorney for AmeriCredit Financial Services, Inc.
dba GM Financial