IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| IN RE: JOHN R. HALL, JR.<br>**Debtor(s)** | )<br>)<br>) BK Case No.: 21-12244 (ELF)<br>)<br>) |
| JOHN R. HALL, JR.<br>**Movant**<br>v.<br>AMERICREDIT FINANCIAL SERVICES, INC.<br>dba GM FINANCIAL<br>**Respondent** | )<br>)<br>) Chapter 13<br>)<br>)<br>)<br>)<br>) |

### ORDER APPROVING STIPULATION

IT IS HEREBY **ORDERED** that the Stipulation between GM Financial and the Debtor in settlement of the Motion To Determine Value, and filed on or about June 7, 2022 in the above matter (Doc. # 66) is **APPROVED**.

Dated: 6/9/22

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**