United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 21-12244-elf

John R. Hall, Jr.     Chapter 13

Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jun 08, 2022 | Form ID: 155 | Total Noticed: 24 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John R. Hall, Jr., 1726 North Uber Street, Philadelphia, PA 19121-3128 |
| 14642919 | + | AmeriCredit Financial Services, Inc., dba GM Financial, c/o William E. Craig, Esquire, Morton & Craig, LLC, 110 Marter Ave. Suite 301 Moorestown, NJ 08057-3125 |
| 14629537 | + | Collections Unit, 14th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14629540 | + | KML Law Group, PC, Suite 5000-BNY Independence Center, 701 Market Street, Philadelphia, PA 19106-1541 |
| 14629541 | + | Morton & Craig, Attn: William E. Craig, Esquire, 110 Marter Avenue, Suite 301, Moorestown, NJ 08057-3125 |
| 14637199 | + | PENNSYLVANIA HOUSING FINANCE, AGENCY, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14629544 | | Peco, P.O. Box 13439, Philadelphia, PA 19162-0439 |
| 14637332 | + | Pennsylvania Housing Finance Agency, c/o Rebecca Solarz,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14631306 | + | U.S. Department of Housing and Urban Development, 100 Penn Square East 11th Floor, Philadelphia, PA 19107-3325 |
| 14631596 | + | U.S. Department of Housing and Urban Development, 2401 N.W. 23rd Street, Suite 1A1, Oklahoma City, OK 73107-2448 |
| 14629547 | + | US Bank National Association, c/o PHFA Loan Servicing Division, 211 North Front Street, Harrisburg, PA 17101-1406 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14640779 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jun 09 2022 00:06:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 14629534 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jun 09 2022 00:06:00 | Americredit Financial Services, Inc., PO Box 183853, Arlington, TX 76096 |
| 14642845 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jun 09 2022 00:06:00 | AmeriCredit Financial Services, Inc. dba GM Financ, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| 14629549 | | Email/Text: megan.harper@phila.gov | Jun 09 2022 00:07:00 | Water Revenue Bureau, c/o City of Philadelphia Law Depart, Tax & Revenue Unit, Bankruptcy Group, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14629535 | | Email/Text: megan.harper@phila.gov | Jun 09 2022 00:07:00 | City of Philadelphia, Law Department-Bankruptcy Unit, Municipal Services Building, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1595 |
| 14629536 | | Email/Text: megan.harper@phila.gov | Jun 09 2022 00:07:00 | City of Philadelphia, Law Department-Bankruptcy Unit, One Parkway Building, 1515 Arch Street, 15th Floor, Philadelphia, PA 19102-1595 |
| 14629539 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jun 09 2022 00:06:00 | GM Financial, PO Box 78143, Phoenix, AZ 85062-8143 |
| 14638749 | + | Email/Text: bankruptcygroup@peco-energy.com | Jun 09 2022 00:06:00 | PECO Energy Company, 2301 Market Street, 04 NW, Philadelphia, PA 19103-1380 |
| 14629546 | + | Email/Text: blegal@phfa.org | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14643496 | + | Email/Text: blegal@phfa.org | Jun 09 2022 00:07:00 | PHFA, PO Box 15057, Harrisburg, PA 17105-5057 |
| | | | Jun 09 2022 00:07:00 | PHFA, 211 North Front Street, Harrisburg, PA 17101-1466 |
| 14629545 | + | Email/Text: bankruptcygroup@peco-energy.com | Jun 09 2022 00:06:00 | Peco, c/o Merrick Friel, 2301 Market Street, S23-1, Philadelphia, PA 19103-1380 |
| 14631958 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Jun 09 2022 00:13:34 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 14629548 | | Email/Text: megan.harper@phila.gov | Jun 09 2022 00:07:00 | Water Revenue Bureau, Philadelphia Department of Revenue, 1401 JFK Boulevard, Philadelphia, PA 19102-1663 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14629542 | | Olive E. Neal |
| 14629543 | | Olivia Neal |
| 14629538 | ## | Consumer Portfolio Services, Inc., PO Box 98768, Phoenix, AZ 85038-0768 |

TOTAL: 2 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 10, 2022        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL D. SAYLES | on behalf of Debtor John R. Hall  Jr. midusa1@comcast.net, michaeldsaylesesq@comcast.net;r43253@notify.bestcase.com |
| REBECCA ANN SOLARZ | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor AmeriCredit Financial Services  Inc. dba GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |

District/off: 0313-2          User: admin          Page 3 of 3
Date Rcvd: Jun 08, 2022          Form ID: 155          Total Noticed: 24
TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: John R. Hall, Jr.
    Debtor(s)

Chapter: 13

Bankruptcy No: 21−12244−elf

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this June 7, 2022 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

    Eric L. Frank
    Judge ,
    United States Bankruptcy Court

    69 − 10
    Form 155