UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                              :
                                                    :
JOHN R. HALL, JR.,                                  : BANKRUPTCY NO. 21-12244-elf
                    Debtor                          :
                                                    : CHAPTER 13
U.S. BANK, NATIONAL ASSOCIATION,                    :
TRUSTEE FOR PENNSYLVANIA                            :
HOUSING FINANCE AGENCY                              :
FINANCE AGENCY,                                     :
                    Movant                          :
        vs.                                         :
                                                    :
JOHN R. HALL, JR. and                               :
KENNETH E. WEST, Trustee                            :
                    Respondents                     :

## ORDER APPROVING STIPULATION

AND NOW on this __22nd__ day of ___September___, 2022, upon consideration of
the Stipulation entered into between the parties to provide Movant with adequate protection of its
security interest in lieu of immediate relief from the automatic stay (Doc. # 79), IT IS HEREBY
**ORDERED** that the Stipulation is approved by this Court and the Stipulation is binding upon the
parties effective immediately.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**