IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: **John Hall** | : | CHAPTER: 13 |
| | : | |
| | : | |
| DEBTOR | : | Bankruptcy No.: **21-12244\elf** |

## CERTIFICATE OF NO RESPONSE

I, Michael D. Sayles, counsel for the Debtor in the above-captioned case, hereby certify that the Chapter 13 Standing Trustee nor any other party of interest has filed a responsive pleading to Debtor's Motion to Modify Plan Post Confirmation.

                                                                     Respectfully Submitted,

Dated: **November 7, 2022**                            **\s\ Michael D. Sayles**
                                                                     Michael D. Sayles
                                                                     Attorney for Debtor
                                                                     427 W. Cheltenham Avenue, Suite #2
                                                                     Elkins Park, PA  19027
                                                                      215.635.2270
                                                                      midusa1@comcast.net