# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 21-12244-pmm

JOHN R. HALL, JR.

1726 NORTH UBER STREET

PHILADELPHIA, PA 19121

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

JOHN R. HALL, JR.

1726 NORTH UBER STREET

PHILADELPHIA, PA 19121

Counsel for debtor(s), by electronic notice only.

MICHAEL D. SAYLES ESQ
427 West Cheltenham Avenue
Suite #2.
ELKINS PARK,, PA 19027-3291

Date: 3/20/2023

/S/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee