United States Bankruptcy Court

Eastern District of Pennsylvania

In re:             Case No. 21-12244-pmm

John R. Hall, Jr.         Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: admin          Page 1 of 3

Date Rcvd: Apr 25, 2023          Form ID: pdf900          Total Noticed: 27

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 27, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John R. Hall, Jr., 1726 North Uber Street, Philadelphia, PA 19121-3128 |
| 14642919 | + | AmeriCredit Financial Services, Inc., dba GM Financial, c/o William E. Craig, Esquire, Morton & Craig, LLC, 110 Marter Ave. Suite 301 Moorestown, NJ 08057-3125 |
| 14629537 | + | Collections Unit, 14th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14629541 | + | Morton & Craig, Attn: William E. Craig, Esquire, 110 Marter Avenue, Suite 301, Moorestown, NJ 08057-3125 |
| 14629544 | | Peco, P.O. Box 13439, Philadelphia, PA 19162-0439 |
| 14637332 | + | Pennsylvania Housing Finance Agency, c/o Rebecca Solarz,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14723671 | + | U.S. Bank, National Association, Trustee for, Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14631306 | + | U.S. Department of Housing and Urban Development, 100 Penn Square East 11th Floor, Philadelphia, PA 19107-3325 |
| 14631596 | + | U.S. Department of Housing and Urban Development, 2401 N.W. 23rd Street, Suite 1A1, Oklahoma City, OK 73107-2448 |
| 14629547 | + | US Bank National Association, c/o PHFA Loan Servicing Division, 211 North Front Street, Harrisburg, PA 17101-1406 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 25 2023 23:49:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 25 2023 23:49:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14640779 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Apr 25 2023 23:49:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 14629534 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Apr 25 2023 23:49:00 | Americredit Financial Services, Inc., PO Box 183853, Arlington, TX 76096 |
| 14642845 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Apr 25 2023 23:49:00 | AmeriCredit Financial Services, Inc. dba GM Financ, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| 14629536 | | Email/Text: megan.harper@phila.gov | Apr 25 2023 23:49:00 | City of Philadelphia, Law Department-Bankruptcy Unit, One Parkway Building, 1515 Arch Street, 15th Floor, Philadelphia, PA 19102-1595 |
| 14629549 | | Email/Text: megan.harper@phila.gov | Apr 25 2023 23:49:00 | Water Revenue Bureau, c/o City of Philadelphia Law Depart, Tax & Revenue Unit, Bankruptcy Group, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14629535 | | Email/Text: megan.harper@phila.gov | Apr 25 2023 23:49:00 | City of Philadelphia, Law Department-Bankruptcy Unit, Municipal Services Building, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1595 |

Case 21-12244-pmm    Doc 107    Filed 04/27/23    Entered 04/28/23 00:33:05    Desc
Imaged Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 25, 2023 | Form ID: pdf900 | Total Noticed: 27 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14629539 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Apr 25 2023 23:49:00 | | GM Financial, PO Box 78143, Phoenix, AZ 85062-8143 |
| 14629540 | ^ | MEBN Apr 25 2023 23:46:55 | | KML Law Group, PC, Suite 5000-BNY Independence Center, 701 Market Street, Philadelphia, PA 19106-1541 |
| 14638749 | + | Email/Text: bankruptcygroup@peco-energy.com Apr 25 2023 23:49:00 | | PECO Energy Company, 2301 Market Street, 04 NW, Philadelphia, PA 19103-1380 |
| 14637199 | ^ | MEBN Apr 25 2023 23:46:52 | | PENNSYLVANIA HOUSING FINANCE, AGENCY, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14629546 | + | Email/Text: blegal@phfa.org Apr 25 2023 23:49:00 | | PHFA, PO Box 15057, Harrisburg, PA 17105-5057 |
| 14643496 | + | Email/Text: blegal@phfa.org Apr 25 2023 23:49:00 | | PHFA, 211 North Front Street, Harrisburg, PA 17101-1466 |
| 14629545 | + | Email/Text: bankruptcygroup@peco-energy.com Apr 25 2023 23:49:00 | | Peco, c/o Merrick Friel, 2301 Market Street, S23-1, Philadelphia, PA 19103-1380 |
| 14631958 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM Apr 25 2023 23:54:46 | | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 14629548 | | Email/Text: megan.harper@phila.gov Apr 25 2023 23:49:00 | | Water Revenue Bureau, Philadelphia Department of Revenue, 1401 JFK Boulevard, Philadelphia, PA 19102-1663 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14629542 | | Olive E. Neal |
| 14629543 | | Olivia Neal |
| cr | *+ | AmeriCredit Financial Services, Inc. dba GM Financ, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| 14629538 | ## | Consumer Portfolio Services, Inc., PO Box 98768, Phoenix, AZ 85038-0768 |

TOTAL: 2 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 27, 2023              Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Apr 25, 2023 | Form ID: pdf900 | Total Noticed: 27 |

KENNETH E. WEST
    ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST
    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

LEON P. HALLER
    on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com
    dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com

MICHAEL D. SAYLES
    on behalf of Debtor John R. Hall  Jr. midusa1@comcast.net, michaeldsaylesesq@comcast.net;r43253@notify.bestcase.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
    on behalf of Creditor AmeriCredit Financial Services  Inc. dba GM Financial ecfmail@mortoncraig.com,
    mortoncraigecf@gmail.com

TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: **John Hall, Jr.**          ) Chapter 13
                                   )
                                   )
                                   )
        Debtor                     ) Bankruptcy. No. **21-12244\pmm**

### ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

**AND NOW**, in consideration of the Motion to Dismiss Case filed by Standing Trustee (hereinafter "the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This above-captioned chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the United States Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), any undistributed Chapter 13 plan dividend payments in the possession of the aforesaid Trustee shall not revest in the entity in which such property had vested immediately prior to the commencement of this case. **All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).**

5. All applications for allowance of administrative expenses (including applications for allowances of professional fees) shall be filed within **twenty (20) days** of the entry of this Order.

6. Counsel for the Debtor shall serve this Order by first class mail, postage prepaid, on all interested parties **within five (5) days** of the entry of this Order. Counsel shall file a Certification of Service confirming that such service has been accomplished **within fifteen (15) days** of the entry of this Order.

Date: **April 25, 2023**

_____
U.S. BANKRUPTCY JUDGE